UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---

In the Matter of R.K., by and through her mother and next friend, J.K;

and W.S., by and through her mother and next friend, M.S.,

on behalf of those similarly situated,

    Plaintiffs,

v.                                                           Case No. 3:21-cv-00725

GOVERNOR BILL LEE, in his official
capacity as GOVERNOR OF TENNESSEE,
WILLIAMSON COUNTY BOARD OF EDUCATION,
and FRANKLIN SPECIAL SCHOOL DISTRICT,

    Defendants.

---

## PLAINTIFFS' MOTION FOR
## TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

---

    Plaintiffs hereby move this Court, pursuant to Fed. R. Civ. P. 65 for a Temporary Restraining Order and Preliminary Injunction enjoining Defendants Gov. Bill Lee from enforcing Executive Order No. 84 allowing parents to opt-out of a universal mask mandate policy and ordering Defendants Williamson County Board of Education and Franklin Special School District to implement a universal mask mandate with parental opt-out as a reasonable accommodation under the ADA and Section 504 of the Rehabilitation Act.

The grounds for this motion are set forth in the Brief in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, filed herewith, and the accompanying Declarations in support.

Respectfully Submitted,

**DONATI LAW, PLLC**

/s/Bryce W. Ashby
Bryce W. Ashby—TN Bar #26179
Brice M. Timmons—TN Bar #29582
Robert A. Donati—TN Bar #25355
Craig A. Edgington -—TN Bar #38205
1545 Union Avenue
Memphis, TN 38104
Phone: 901.278.1004
Fax: 901.278.311
Email:
bryce@donatilaw.com
robert@donatilaw.com
brice@donatilaw.com
craig@donatilaw.com

**GILBERT LAW, PLC**

/s Justin S. Gilbert_____
Justin S. Gilbert (TN Bar No. 017079)
100 W. Martin Luther King Blvd, Suite 501
Chattanooga, TN 37402
Telephone: 423.756.8203
Facsimile: 423.756.2233
justin@schoolandworklaw.com

&

**THE SALONUS FIRM, PLC**
/s Jessica F. Salonus_____
JESSICA F. SALONUS (28158)
139 Stonebridge Boulevard
Jackson, Tennessee 38305
Telephone: (731) 300-0970
Facsimile: 731.256.5711
jsalonus@salonusfirm.com

***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

A copy of the foregoing was served on Counsel for Defendants along with a copy of the Complaint and Summons as well as by email to provide proper notice pursuant to Rule 65 on this the 17th day of September, 2021.

/s/Bryce W. Ashby