UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| R.K. et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| GOVERNOR BILL LEE, in his official capacity as GOVERNOR OF TENNESSEE, et al., | ) No. 3:21-cv-00725 |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Doc. Nos. 4, 4-1) under Federal Rule of Civil Procedure 65 seeking to: (1) enjoin Governor Bill Lee "from enforcing Executive Order No. 84 allowing parents to opt-out of a universal mask mandate policy," and (2) order the Williamson County Board of Education and Franklin Special School District "to implement a universal mask mandate with parental opt-out as a reasonable accommodation under the ADA and Section 504 of the Rehabilitation Act." (Doc. No. 4 at 1). Plaintiffs have requested a hearing. (Doc. No. 4-1 at 15).

The Court will hold a hearing on Plaintiffs' motion on **Monday, September 20, 2021, at 1:30 P.M.** Plaintiffs' counsel **SHALL** serve a copy of this Order on the Attorney General for the State of Tennessee and all Defendants.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE