UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **R.K. et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **GOVERNOR BILL LEE, in his official capacity as GOVERNOR OF TENNESSEE, et al.,** | ) No. 3:21-cv-00725 |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

On September 20, 2021, the Court held a status conference on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Doc. Nos. 4, 4-1). For the reasons stated on the record, the Court rules as follows:

1. No later than **September 21, 2021 at 5:00 p.m.**, Defendants Williamson County Board of Education and Franklin Special School District Board of Education **SHALL** file notices informing the Court of the status of the mask policies in their respective schools that are due to expire on September 21, 2021. If the policies are extended, each school entity **SHALL** also provide: (i) a copy of the Board minutes for the decision on the mask policy; (ii) what opt-outs remain in place; (iii) the duration of the extension; and (iv) summary rationale for the extension.

2. On or before **September 28, 2021**, Defendants **SHALL** file a response to Plaintiffs' request for a preliminary injunction (Doc. Nos. 4, 4-1). On or before **October 1, 2021**, Plaintiffs **SHALL** file a reply. The parties **SHALL** file, with their briefs: (i) any affidavits,

declarations, or other supporting materials; (ii) witness lists, including a one to two sentence summary of anticipated testimony; (iii) exhibit lists and a copy of each exhibit; (iv) any depositions and/or deposition designations; and (v) any factual stipulations.

3. An evidentiary hearing to consider Plaintiffs' request for a preliminary injunction is **SET** for **October 5, 2021 at 10:30 a.m.** Absent extraordinary circumstances, the hearing will conclude on that day.

4. On or before than **September 24, 2021**, the parties **SHALL** file a joint notice as to whether there are any unresolved discovery disputes. A telephonic status conference is **SET** for **September 27, 2021 at 9:00 a.m.** to address any unresolved discovery disputes. To participate in the call, the parties should call 1-888-278-0296, and when prompted, enter access code 6564835#. If a party has difficulty connecting, please contact chambers at 615-736-7013.

5. On or before **October 1, 2021**, the Governor **SHALL** file notice of his decision on whether to renew Executive Order No. 84, which is due to expire on October 5, 2021.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE