UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| R.K. et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:21-cv-00725 |
| | ) |
| GOVERNOR BILL LEE, in his official | ) |
| capacity as GOVERNOR OF | ) |
| TENNESSEE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiffs' Unopposed Motion to use Pseudonyms (Doc. No. 17) is **GRANTED IN PART AND DENIED IN PART**. The Motion is **GRANTED** with respect to Plaintiffs J.K. and W.S. The Motion is **DENIED** with respect to J.H.S., as that party is not referenced in the Complaint.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE