September 21, 2021

Hon. Waverly D. Crenshaw, Jr.
Chief Judge
U.S. District Court for the Middle District of Tennessee
Federal Courthouse
801 Broadway, Room A845
Nashville, TN 37203

Re: *In re R.K., et al. v. Lee, et al.*, M.D. Tenn. No. 3:21-cv-00725

Dear Judge Crenshaw:

I write to correct an error on my part during the hearing on Monday. While I was attempting to be responsive to the Court in exploring and setting scheduling deadlines, I did not have the authority to obligate the Governor to determine or disclose, by a certain deadline, his intent with regard to possibly extending Executive Order 84 beyond October 5th. We could not, and did not intend to, commit on the Governor's behalf to filing a notice of intent by October 1, 2021. I wish to convey to the Court my sincere apology. I have advised Plaintiffs' counsel, Mr. Gilbert, of my intent to address this letter to the Court via ECF filing.

Respectfully,

/s/ Reed Smith

## CERTIFICATE OF SERVICE

       I hereby certify that on September 21, 2021, a copy of the foregoing letter to the Court was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Brice M. Timmons
Donati Law Firm LLP
1545 Union Avenue
Memphis, TN 38104
brice@donatilaw.com
*Counsel for Plaintiffs*

Bryce W. Ashby
Donati Law Firm LLP
1545 Union Avenue
Memphis, TN 38104
bryce@donatilaw.com
*Counsel for Plaintiffs*

Craig A. Edgington
Donati Law Firm LLP
1545 Union Avenue
Memphis, TN 38104
craig@donatilaw.com
*Counsel for Plaintiffs*

Robert A. Donati
Donati Law Firm LLP
1545 Union Avenue
Memphis, TN 38104
robert@donatilaw.com
*Counsel for Plaintiffs*

Jessica F. Salonus
The Salonus Firm, PLC
139 Stonebridge Blvd.
Jackson, TN 38305
jsalonus@salonusfirm.com
*Counsel for Plaintiffs*

Justin S. Gilbert
Gilbert Law, PLC
100 W. Martin Luther King Boulevard, Suite 501
Chattanooga, TN 37402
justin@schoolandworklaw.com
*Counsel for Plaintiffs*

Courtney M. King
Buerger, Moseley & Carson, PLC
306 Public Square
Franklin, TN 37064
cking@buergerlaw.com
*Counsel for Defendant Williamson County Board of Education*

Lisa M. Carson
Buerger, Moseley & Carson, PLC
306 Public Square
Franklin, TN 37064
lcarson@buergerlaw.com
*Counsel for Defendant Williamson County Board of Education*

Charles W. Cagle
Lewis, Thomason, King, Krieg & Waldrop, P.C. (Nashville)
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
ccagle@lewisthomason.com
*Counsel for Defendant Franklin Special School District*

    */s/ Reed N. Smith*
Reed N. Smith
Acting Assistant Attorney General