UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| R.K. et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 3:21-cv-00725 ) |
| GOVERNOR BILL LEE, in his official capacity as GOVERNOR OF TENNESSEE, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

The telephonic status conference set for **September 27, 2021** is CANCELLED.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE