UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| R.K., et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>GOVERNOR BILL LEE, et al.,<br><br>　　Defendants. | Case No. 3:21-cv-00725<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

I recuse myself from this matter. The Clerk's Office is DIRECTED to assign this case to another magistrate judge by random selection.

The initial case management conference set on December 1, 2021, is CANCELLED and will be reset by the newly assigned magistrate judge.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge