UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| R.K. et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )    No. 3:21-cv-00725 |
| | ) |
| **GOVERNOR BILL LEE**, in his official capacity as **GOVERNOR OF TENNESSEE**, et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Due to the number of witnesses anticipated, the Preliminary Injunction hearing set for October 5, 2021 at 10:30 a.m. is **RESET** for the same date at **9:30 a.m.** All counsel participating in the hearing **SHALL** arrive by 9:00 a.m. to coordinate video-conferencing capabilities with the Court's I.T. department.

    IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE