UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---

In the Matter of R.K., by and through her mother and next friend, J.K;

and W.S., by and through her mother and next friend, M.S.,

on behalf of those similarly situated,

    Plaintiffs,

v.                                 Case No. 3:21-cv-00725

GOVERNOR BILL LEE, in his official
capacity as GOVERNOR OF TENNESSEE,
WILLIAMSON COUNTY BOARD OF EDUCATION,
and FRANKLIN SPECIAL SCHOOL DISTRICT,

    Defendants.

_____

## NOTICE OF FILING DEPOSITION TRANSCRIPT OF DR. JAY BHATTACHARYA

---

    **COMES NOW** Plaintiff, R.K., by and through her mother and next friend; J.K, and W.S., by and through her mother and next friend, M.S., (hereinafter "Plaintiffs"), by and through their undersigned attorneys and provides notice that Plaintiffs filed the Deposition Transcript of Dr. Jay Bhattacharya this 6th day of October 2021.

                                                      DONATI LAW, PLLC

                                                      Respectfully submitted,

                                                      /s/ *Brice M. Timmons*
                                                      Brice M. Timmons (#29582)
                                                      Bryce W. Ashby (#26179)
                                                      Craig A. Edgington (#38205)
                                                      1545 Union Ave.
                                                      Memphis, Tennessee 38104

(901) 278-1004 – Office
(901) 278-3111 – Facsimile
brice@donatilaw.com
craig@donatilaw.com

**CERTIFICATE OF SERVICE**

I certify that this Notice of Filing Deposition Transcript of Dr. Jay Bhattacharya was served upon counsel of record for the Defendants, through the Court's ECF filing system on October 5, 2021, at the addresses below:

**BUERGER, MOSELEY & CARSON, PLC**
Lisa M. Carson, BPR# 14782
Courtney King, BPR # 35625
Attorney for Defendant Williamson County
Board of Education
306 Public Square Franklin, TN 37064
Telephone: (615) 794-8850
Facsimile: (615) 790-8861
lcarson@buergerlaw.com cking@buergerlaw.com
**ATTORNEYS FOR WILLIAMSON COUNTY BOARD OF EDUCATION**

**GOVERNOR BILL LEE**
Reed N. Smith
Colleen Mallea, BPR # 32238
Assistant Attorney General
P.O. Box 20207 Nashville, TN 37202
Telephone: 615-741-2472
Colleen.mallea@ag.tn.gov.
Reed.smith@ag.tn.gov
**ATTORNEYS FOR GOVERNOR BILL LEE, IN HIS OFFICIAL CAPACITY**

**LEWIS THOMASON, P.C.**
Charles W. Cagle, Esq. (BPR #13738)
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
(615) 259-1365
**ATTORNEY FOR FRANKLIN SPECIAL SCHOOL DISTRICT**

*/s/Brice M. Timmons*

2

Case 3:21-cv-00725   Document 68   Filed 10/05/21   Page 2 of 2 PageID #: 1954