# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| IN THE MATTER OF R.K., BY AND THROUGHT HER MOTHER AND NEXT FRIEND J.K. et al. V. GOVERNOR BILL LEE, et al. | EXHIBIT AND WITNESS LIST Case Number: 3:21-cv-00725 |
|---|---|

| PRESIDING JUDGE Waverly D. Crenshaw, Jr. | PLAINTIFF'S ATTORNEY Bryce Ashby, Justin Gilbert, Brice Timmons | DEFENDANT'S ATTORNEY Matthew Dowty, Colleen Mallea, James Newsom, III, Reed Smith, Lisa Carson, Courtney King, Charles Cagle, Katherine Kimmel |
|---|---|---|
| TRIAL DATE (S) Preliminary Injunction Oct. 5, 2021 (Day 1) | COURT REPORTER Lise Matthews | COURTROOM DEPUTY Kelly Parise |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 10/5/2021 | | | WIT: Jennifer Ker |
| 1 | | 10/5/2021 | X | X | CV of Jennifer Ker (ECF Exhibit P-29) |
| 2 | | 10/5/2021 | X | X | Research – Factors Associated with COVID-19 Disease Severity in US Children and Adolescents (ECF Exhibit P-17) |
| | 3 | 10/5/2021 | X | X | COVID-19 Mortality Risk in Down Syndrome: Results from a Cohort Study of 8 Million Adults. |
| | 4 | 10/5/2021 | X | X | Medical Vulnerability of Individuals with Down Syndrome to Severe COVID-19 (ECF Exhibit P-26) |
| X | | 10/5/2021 | | | WIT: Sara Cross |
| 5 | | 10/5/2021 | X | X | CV of Sara L. Cross, MD |
| 6 | | 10/5/2021 | X | X | An Evidence Review of Face Masks Against COVID-19 (ECF Exhibit P-4) |
| 7 | | 10/5/2021 | X | X | Community Use of Face Masks and COVID-19: Evidence from a Natural Experiment of State Mandates in the US (ECF Exhibit P-8) |
| 8 | | 10/5/2021 | X | X | Science Brief: Community Use of Cloth Masks to Control the Spread of SARS-CoV-2 (ECF Exhibit P-6) |
| 9 | | 10/5/2021 | X | X | Deaths in Children and Adolescents Associates with COVID-19 and MIS-C in the United States (ECF Exhibit P-18) |
| 10 | | 10/5/2021 | X | X | Household Transmission of SARS-CoV-2 from Children and Adolescents (ECF Exhibit P-19) |
| 11 | | 10/5/2021 | X | X | Association of Age and Pediatric Household Transmission of SARS-CoV-2 Infection (ECF Exhibit P-23) |
| 12 | | 10/5/2021 | X | X | The ABC Science Collaborative June 30, 2021 Final Report (ECF Exhibit P-2) |
| | 13 | 10/5/2021 | X | X | Make Use and Ventilation Improvements to Reduce COVID-19 Incidence in Elementary Schools – Georgia, November 16-December 11, 2020 (ECF Exhibit D-5) |
| | 14 | 10/5/2021 | X | X | COVID-19 Mitigation Practices and COVID-19 Rates in Schools: Report on Data from Florida, New York and Massachusetts |
| X | | 10/5/2021 | | | WIT: Marilyn Augustyn |
| 15 | | 10/5/2021 | X | X | Curriculum Vitae of Marilyn Augustyn, M.D. |
| | 16 | 10/5/2021 | X | X | Face Masks in Young Children During the COVID-19 Pandemic: Parents' and Pediatricians' Point of View |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | |
|---|---|---|---|---|---|
| IN THE MATTER OF R.K., BY AND THROUGHT HER MOTHER AND NEXT FRIEND J.K. et al. | | | vs. | GOVERNOR BILL LEE, et al. | CASE NO. 3:21-cv-00725 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 17 | 10/5/2021 | X | X | Mask Use in the Context of COVID-19 |
| | 18 | 10/5/2021 | X | X | Children's emotion inferences from masked faces: Implications of social interactions during COVID-19. |
| | 19 | 10/5/2021 | X | X | Shades of emotion: What the addition of sunglasses or masks to faces reveals about the development of facial expression processing |
| | 20 | 10/5/2021 | X | X | Affidavit of Jason Golden (Doc. No. 37) |
| | 21 | 10/5/2021 | | X | Affidavit of Dr. David Snowden |
| X | | 10/5/2021 | | | WIT: Jason Abaluck |
| 22 | | 10/5/2021 | | X | CV of Jason Abaluck |
| 23 | | 10/5/2021 | | X | The Impact of Community Masking on COVID-19: A Cluster-Randomized Trial in Bangladesh |