# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| R.K., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:21-cv-00725 |
| ) | Chief Judge Crenshaw |
| GOVERNOR BILL LEE, in his official ) | |
| capacity as GOVERNOR OF TENNESSEE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION OF GOVERNOR LEE TO MODIFY ORDER (ECF 69) TO REFLECT EXPIRATION DATE OF TEMPORARY RESTRAINING ORDER (ECF 30)

Defendant Bill Lee, in his official capacity as Governor of the State of Tennessee ("Governor Lee"), moves this Court to modify its October 5, 2021 Order (ECF 69) indefinitely extending the temporary restraining order (TRO) in this matter (ECF 30). Specifically, Governor Lee requests that the Court modify its Order to reflect that the extended TRO expires at 11:59 p.m. on October 19, 2021, or when the Court issues its ruling on the Plaintiffs' application for a preliminary injunction (PI), whichever comes sooner. Thus, Governor Lee moves the Court to modify its Order (ECF No. 69) to reflect that the TRO expires at 11:59 p.m. on October 19, 2021, or when the Court issues its ruling on the Plaintiffs' motion for a PI, whichever comes sooner in accordance with Fed. R. Civ. P. 65(b)(2) and authorities decided thereunder. Pursuant to Local Rule 7.01(a)(2), Governor Lee submits a supporting memorandum of law with this filing.

1

Respectfully submitted,

HERBERT H. SLATERY III
ATTORNEY GENERAL AND REPORTER

*s/ James R. Newsom*
James R. Newsom - TN Bar No. 6683
Colleen E. Mallea - TN Bar No. 32238
Matthew Dowty - TN Bar No. 32078
Reed Smith - VA Bar No. 77334 (*Admitted PHV*)
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(901) 543-2473
Jim.Newsom@ag.tn.gov
Colleen.Mallea@ag.tn.gov
Matthew.Dowty@ag.tn.gov
Reed.Smith@ag.tn.gov
*Attorneys for Defendant Governor Bill Lee*

## **CERTIFICATE OF CONSULTATION**

I hereby certify that on October 11, 2021, pursuant to Local Rule 7.01(a)(1), undersigned counsel consulted with Plaintiffs' counsel, Brice Timmons, concerning the relief requested in the motion. Mr. Timmons advised that Plaintiffs' counsel would confer regarding the requested relief and announce Plaintiffs' position regarding the relief requested at the October 13 setting scheduled by the Court. Undersigned counsel also consulted with counsel for the Williamson County Board of Education, Charles W. Cagle, and with counsel for the Franklin Special School District, Lisa M. Carson. Both Mr. Cagle and Ms. Carson advised that their clients do not oppose the requested relief.

*s/ James R. Newsom*
James R. Newsom, TN Bar No. 6683
Special Counsel
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(901) 543-2473
Jim.Newsom@ag.tn.gov

# CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2021, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the parties and their counsel listed below. Parties may access this filing through the Court's electronic filing system.

Brice M. Timmons
Bryce W. Ashby
Craig A. Edgington
Donati Law Firm LLP
1545 Union Avenue
Memphis, TN 38104
brice@donatilaw.com
bryce@donatilaw.com
craig@donatilaw.com
*Counsel for Plaintiffs*

Gautam S. Hans
Vanderbilt Legal Clinic
Vanderbilt Law School
131 21st Avenue South
Nashville, TN 37203
Gautam.hans@vanderbilt.edu
*Counsel for Plaintiffs*

Jeffrey Dubner
Samara Spence
655 15th St. NW, Suite 800
Washington, DC 20005
jdubner@democracyforward.org
sspence@democracyforward.org
*Counsel for Plaintiffs*

Jessica F. Salonus
The Salonus Firm, PLC
139 Stonebridge Blvd.
Jackson, TN 38305
jsalonus@salonusfirm.com
*Counsel for Plaintiffs*

Justin S. Gilbert
Gilbert Law, PLC
100 W. Martin Luther King Boulevard, Suite 501
Chattanooga, TN 37402
justin@schoolandworklaw.com
*Counsel for Plaintiffs*

Courtney M. King
Lisa M. Carson
Buerger, Moseley & Carson, PLC
306 Public Square
Franklin, TN 37064
cking@buergerlaw.com
lcarson@buergerlaw.com
*Counsel for Defendant Williamson County Board of Education*

Charles W. Cagle
Lewis, Thomason, King, Krieg & Waldrop, P.C. (Nashville)
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
ccagle@lewisthomason.com
*Counsel for Defendant Franklin Special School District*


*s/ James R. Newsom*
James R. Newsom, TN Bar No. 6683
Special Counsel
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(901) 543-2473
Jim.Newsom@ag.tn.gov