# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| IN THE MATTER OF R.K., BY AND THROUGHT HER MOTHER AND NEXT FRIEND J.K. et al. V. GOVERNOR BILL LEE, et al. | **EXHIBIT AND WITNESS LIST** <br><br> Case Number: 3:21-cv-00725 |
|---|---|

| PRESIDING JUDGE <br> Waverly D. Crenshaw, Jr. | PLAINTIFF'S ATTORNEY <br> Justin Gilbert, Brice Timmons, Jessica F. Salonus | DEFENDANT'S ATTORNEY <br> Matthew Dowty, Colleen Mallea, James Newsom, III, Reed Smith, Lisa Carson, Charles Cagle |
|---|---|---|
| TRIAL DATE (S) <br> Preliminary Injunction Oct. 13, 2021 (Day 2) | COURT REPORTER <br> Debbie Watson | COURTROOM DEPUTY <br> Kelly Parise |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | X | 10/13/2021 |  |  | WIT: Jay Bhattacharya |
|  | 24 | 10/13/2021 | X | X | CV of Jay Bhattacharya, M.D., Ph.D. |
|  | 25 | 10/13/2021 | X | X | Advice on the use of masks for children in the community in the context of COVID-19 |
|  | 26 | 10/13/2021 | X | X | Cochrane analysis |
|  | 27 | 10/13/2021 | X | X | Nonpharmaceutical Measures for Pandemic Influenza in Nonhealthcare Settings – Personal Protective and Environmental Measures. |
|  | X | 10/13/2021 |  |  | WIT: Rachel Suppe |
| 28 |  | 10/13/2021 | X | X | 9/7/2021 FAQs related to COVID-19's Effect on Tennessee Schools |
| 29 |  | 10/13/2021 | X | X | Deposition Transcript of M.S. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages