UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **R.K. et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:21-cv-00725 |
| | ) |
| **GOVERNOR BILL LEE, in his official** | ) |
| **capacity as GOVERNOR OF** | ) |
| **TENNESSEE, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

On October 13, 2021, the Court held day two of the preliminary injunction hearing. For the reasons stated on the record, the Court rules as follows:

1. No later than **October 15, 2021 at 12:00 p.m.**, the parties **SHALL** file post-hearing briefs limited to ten (10) pages;

2. Plaintiffs' Motion in Limine to Preclude the Testimony of Rachel Suppe (Doc. No. 62) is **GRANTED IN PART AND DENIED IN PART**;

3. Plaintiffs' Motion in Limine to Preclude the Testimony of Dr. Jay Bhattacharya (Doc. No. 66) is **DENIED**;

4. Plaintiffs' Unopposed Motion to Redact Forthcoming Oct. 5, 2021 Transcript (Doc. No. 71) is **GRANTED**; and

5. Governor Lee's Motion to Modify Order to Reflect Expiration Date of Temporary Restraining Order (Doc. No. 75) is **DENIED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE