# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In the Matter of R.K., by and through her mother and next friend, J.K., and W.S., by and through her mother and next friend, M.S., on behalf of those similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>GOVERNOR BILL LEE, in his official Capacity as GOVERNOR OF TENNESSEE, WILLIAMSON COUNTY BOARD OF EDUCATION, and FRANKLIN SPECIAL SCHOOL DISTRICT,<br><br>  Defendants. | Case No. 3:21-cv-00725<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Jeffery S. Frensley |

## PROPOSED AGREED ORDER

It appears to the Court that the Parties have agreed to defer the filing of responsive pleadings and the setting of a Case Management Conference (at which deadlines for discovery, briefing related to class certification, and dispositive motions, among other matters, would be set) until Governor Bill Lee's appeal of this Court's October 22, 2021, Order Granting Preliminary Injunction is resolved. Accordingly, by agreement of the Parties, it is hereby **ORDERED** that the filing of responsive pleadings, as well as the setting of a Case Management Conference and corresponding discovery and briefing deadlines, shall be deferred until such time as the case is remanded to this Court by the United States Court of Appeals for the Sixth Circuit.

It is **SO ORDERED**.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Approved for Entry:

*Attorneys for Defendant Williamson County
Board of Education:*

/s/Lisa M. Carson
**BUERGER, MOSELEY & CARSON, PLC**
Lisa M. Carson, TN BPR #14782
Courtney M. King, TN BPR #35625
306 Public Square
Franklin, TN 37064
Telephone: (615) 794-8850
Facsimile: (615) 790-8861
lcarson@buergerlaw.com
cking@buergerlaw.com


*Attorney for Defendant Franklin Special School District:*

/s/Charles W. Cagle
**LEWIS THOMASON, P.C**
Charles W. Cagle, TN BPR # 13738
424 Church Street, #2500
Nashville, TN 37219
Telephone: (615) 259-1365
ccagle@lewisthomason.com


*Attorneys for Defendant Governor Bill Lee,
in his official capacity as Governor of Tennessee:*

/s/James R. Newsom
**HERBERT H. SLATERY, III
TENNESSEE ATTORNEY GENERAL**
James R. Newsom, TN BPR # 6683
Colleen Mallea, TN BPR # 32238
Matthew R. Dowty, TN BPR # 32078
Reed N. Smith, VA BPR # 77334 *(admitted PHV)*
P.O. Box 2027
Nashville, TN 37202
Telephone: (615) 741-9593
Jim.Newsom@ag.tn.gov
Colleen.Mallea@ag.tn.gov
Matthew.Dowty@ag.tn.gov
Reed.Smith@ag.tn.gov

*Attorneys for Plaintiffs:*

/s/Brice M. Timmons
**DONATI LAW FIRM, LLP**
Bryce W. Ashby, TN BPR # 26179
Brice M. Timmons, TN BPR # 29582
Craig A. Edgington, TN BPR # 38205
1545 Union Avenue
Memphis, TN 38104
Telephone: (901) 278-1004
Facsimile: (901) 278-311
bryce@donatilaw.com
brice@donatilaw.com
craig@donatilaw.com

**GILBERT LAW, PLC**
Justin L. Gilbert, TN BPR # 17079
100 W. Martin Luther King Blvd., Suite 501
Chattanooga, TN 37402
Telephone: (423) 756-8203
Facsimile: (423) 756-2233
justin@schoolandworklaw.com

**THE SALONUS FIRM PLC**
Jessica F. Salonus, TN BPR # 28158
139 Stonebridge Blvd.
Jackson, TN 38301
Telephone: (731) 300-0970
Facsimile: (731) 256-5711
jsalonus@salonusfirm.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of November 2021, a true and correct copy of the foregoing document was electronically filed utilizing the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel for all parties indicated on the electronic filing receipt and listed below:

**Donati Law Firm, LLP**
Bryce W. Ashby
Brice M. Timmons
Craig A. Edgington
1545 Union Avenue
Memphis, TN 38104
bryce@donatilaw.com
brice@donatilaw.com
craig@donatilaw.com

**Gilbert Law, PLC**
Justin L. Gilbert
100 W. Martin Luther King Blvd. Suite 501
Chattanooga, TN 37402
justin@schoolandworklaw.com

**The Salonus Firm PLC**
Jessica F. Salonus
139 Stonebridge Blvd.
Jackson, TN 38301
jsalonus@salonusfirm.com

**Lewis Thomason**
Charles W. Cagle
424 Church Street #2500
Nashville, TN 37219
ccagle@lewisthomason.com

**Tennessee State Attorney General Herbert Slatery, III:**

**Reed N. Smith**
Acting Assistant Attorney General
P.O. Box 20207
Nashville, TN 37202
Reed.Smith@ag.tn.gov

**Alexander S. Rieger**
Senior Assistant Attorney General
Public Interest Division
P.O. Box 20207
Nashville, TN 37202
Alex.rieger@ag.tn.gov

**Colleen E. Mallea**
Assistant Attorney General
Education and Employment Division
P.O. Box 20207
Nashville, TN 37202
Colleen.mallea@ag.tn.gov

**James R. Newsom, III**
40 South Main Street, Suite 1014
Memphis, TN 37103
jim.newsom@ag.tn.gov

**Matthew R. Dowty**
40 South Main Street, Suite 1014
Memphis, TN 38103
Matthew.dowty@ag.tn.gov

/s/Lisa M. Carson
Lisa M. Carson