UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In the Matter of R.K., by and through her mother and next friend, J.K., and W.S., by and through her mother and next friend, M.S., on behalf of those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GOVERNOR BILL LEE, in his official Capacity as GOVERNOR OF TENNESSEE, WILLIAMSON COUNTY BOARD OF EDUCATION, and FRANKLIN SPECIAL SCHOOL DISTRICT,<br><br>    Defendants. | Case No. 3:21-cv-00725<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Jeffery S. Frensley |

## AGREED ORDER

The Parties have agreed to defer the filing of responsive pleadings and the setting of a Case Management Conference (at which deadlines for discovery, briefing related to class certification, and dispositive motions, among other matters, would be set) until Governor Bill Lee's appeal of this Court's October 22, 2021, Order Granting Preliminary Injunction is resolved. Accordingly, by agreement of the Parties, it is hereby **ORDERED** that the filing of responsive pleadings, as well as the setting of a Case Management Conference and corresponding discovery and briefing deadlines, shall be deferred until such time as the case is remanded to this Court by the United States Court of Appeals for the Sixth Circuit.

IT IS SO ORDERED.

                                                                             */s/ Waverly D. Crenshaw, Jr.*
                                                                      WAVERLY D. CRENSHAW, JR.
                                                                      CHIEF UNITED STATES DISTRICT JUDGE