**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 19, 2021

Mr. Bryce W. Ashby
Law Offices
1545 Union Avenue
Memphis, TN 38104

Mr. Matthew Dowty
Office of the Tennessee Attorney General and Reporter
40 S. Main Street
Suite 1014
Memphis, TN 38103-1877

Mr. Craig A. Edgington
Donati Law
1545 Union Avenue
Memphis, TN 38104

Mr. Justin Scott Gilbert
Gilbert Russell McWherter Scott Bobbitt
100 W. Martin Luther King Boulevard
Suite 501
Chattanooga, TN 37402

Ms. Colleen Elizabeth Mallea
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Ms. Amanda Lynn Morse
Knox County Law Director's Office
400 Main Street
Suite 612
Knoxville, TN 37902

Mr. James Robert Newsom III

Office of the Attorney General of Tennessee
500 Charlotte Avenue
Nashville, TN 37243

Ms. Jessica Farriis Salonus
Salonus Firm
139 Stonebridge Boulevard
Jackson, TN 38305

Mr. David M. Sanders
Knox County Law Department
400 W. Main Street, Suite 612
Knoxville, TN 37902

Mr. Reed Neal Smith
Office of the Attorney General of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Mr. Brice Moffatt Timmons
Donati Law
1545 Union Avenue
Memphis, TN 38104

Mr. Robert W. Wilson
Office of the Tennessee Attorney General and Reporter
40 S. Main Street, Suite 1014
Memphis, TN 38103-1877

> Re:  Case No. 21-5915/21-5916/21-5999/21-6007, *G.S., et al v. Bill Lee*
>      Originating Case No. : 2:21-cv-02552

Dear Counsel,

The Court issued the enclosed Order today in this case.

>                    Sincerely yours,
>
>                    s/C. Anthony Milton
>                    Case Manager
>                    Direct Dial No. 513-564-7026

cc: Mr. Thomas M. Gould
    Ms. Lynda M. Hill
    Ms. LeAnna Wilson

Enclosure

Nos. 21-5915/5916/5999/6007

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Nov 19, 2021
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| G.S., et al. (21-5915); M.B., et al. (21-5916/6007); R.K., et al. (21-5999); , ) ) ) Plaintiffs-Appellees, ) ) v. ) GOVERNOR BILL LEE (21-5915/5916/5999), ) ) Defendant-Appellant ) ) and ) ) KNOX COUNTY BOARD OF EDUCATION (21-6007), ) ) Defendant-Appellant. ) ) | O R D E R |

In Case Nos. 21-5915/5916/5999, the Governor of Tennessee appeals an order preliminarily enjoining enforcement of an executive order allowing parents to opt out of mask mandates implemented by local authorities. In Case No. 21-6007, the Knox County Board of Education appeals orders preliminarily enjoining, and denying a motion to alter or amend, enforcement of an executive order allowing parents to opt out of school mask mandates implemented by local entities. In Case Nos. 21-5915/5916/5999, the parties jointly move to consolidate the cases for purposes of briefing and submission.

Upon review, the parties' joint motions are **GRANTED**, and Case Nos. 21-5915/5916/5999 are consolidated for purposes of briefing and submission. The parties' proposed briefing schedule is adopted and will be entered by separate letter. Any decision regarding oral

21-5915/5916/5999/6007
- 2 -

argument, including whether it is granted, the structure thereof, and the time allotted, is reserved to the ultimate merits panel.

In light of the commonality of parties and issues, Case No. 21-6007 will be submitted to the same panel for consideration on the same date as the consolidated cases.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Deborah S. Hunt, Clerk