IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In the Matter of R.K., by and through her mother and next friend, J.K., and W.S., by and through her mother and next friend, M.S., on behalf of those similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 3:21-cv-00725 |
| GOVERNOR BILL LEE, in his official Capacity as GOVERNOR OF TENNESSEE, WILLIAMSON COUNTY BOARD OF EDUCATION, and FRANKLIN SPECIAL SCHOOL DISTRICT, | ) ) ) ) ) ) | Chief Judge Waverly D. Crenshaw, Jr. Magistrate Judge Jeffery S. Frensley |
| Defendants. | ) | |

## WILLIAMSON COUNTY BOARD OF EDUCATION'S MOTION TO DISMISS

Comes now Defendant Williamson County Board of Education ("WCBOE"), and pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure moves this Honorable Court to dismiss the claims against it for lack of subject matter jurisdiction.

Plaintiffs' claims against WCBOE are premised upon WCBOE's recognition of Executive Order No. 84, which permitted parents to voluntarily opt their children out of WCBOE's then-existing universal masking requirement. Because Governor Lee has terminated Executive Order No. 84, Plaintiffs' claims against WCBOE are moot. Accordingly, there is no justiciable case or controversy before the Court, and dismissal pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure is appropriate. In support of this Motion, WCBOE submits an accompanying Memorandum of Law.

For the foregoing reasons and those stated in the Memorandum of Law, WCBOE respectfully requests that the claims against it be dismissed.

Respectfully submitted,

*/s/Lisa M. Carson*
Lisa M. Carson, BPR# 14782
Courtney M. King, BPR# 35625
**BUERGER, MOSELEY & CARSON, PLC**
*Attorneys for Defendant WCBOE*
306 Public Square
Franklin, TN  37064
Telephone: (615) 794-8850
lcarson@buergerlaw.com
cking@buergerlaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on the 21st day of January, 2022, a true and correct copy of the foregoing document was electronically filed utilizing the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and listed below:

**Bryce W. Ashby**
**Brice M. Timmons**
**Craig A. Edgington**
1545 Union Avenue
Memphis, TN 38104
bryce@donatilaw.com
brice@donatilaw.com
craig@donatilaw.com

**Justin L. Gilbert**
100 W. Martin Luther King Blvd. Suite 501
Chattanooga, TN 37402
justin@schoolandworklaw.com

**Jessica F. Salonus**
139 Stonebridge Blvd.
Jackson, TN 38301
jsalonus@salonusfirm.com

**Charles W. Cagle**
424 Church Street #2500
Nashville, TN 37219
ccagle@lewisthomason.com

**Tennessee State Attorney General Herbert Slatery, III:**

**Reed N. Smith**
P.O. Box 20207
Nashville, TN 37202
Reed.Smith@ag.tn.gov

**Alexander S. Rieger**
P.O. Box 20207
Nashville, TN 37202
Alex.rieger@ag.tn.gov

**James R. Newsom, III**
40 South Main Street, Suite 1014
Memphis, TN 37103
jim.newsom@ag.tn.gov

**Matthew R. Dowty**
40 South Main Street, Suite 1014
Memphis, TN 38103
Matthew.dowty@ag.tn.gov

*/s/Lisa M. Carson*
Lisa M. Carson