IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| R.K., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 3:21-cv-00725 |
| | ) Judge Crenshaw/Frensley |
| GOVERNOR BILL LEE, in his official capacity as GOVERNOR OF TENNESSEE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Parties have filed a Joint Notice of Settlement in this matter, indicating that they have "reached a tentative agreement to settle Plaintiffs' request for attorney's fees and costs and to dismiss Plaintiffs' claims against the Governor." Docket No. 127. The Parties are therefore ordered to file a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A) no later than September 30, 2022. In light of the Notice of Settlement, the following motions are terminated as moot: Docket Nos. 97, 105, 110, 112, 117, 118.

IT IS SO ORDERED.

_____
Jeffery S. Frensley
United States Magistrate Judge