IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| R.K., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:21-cv-00725 |
| ) | Chief Judge Crenshaw |
| GOVERNOR BILL LEE, in his official ) | Magistrate Judge Frensley |
| capacity as GOVERNOR OF TENNESSEE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DEFENDANT GOVERNOR BILL LEE
THAT TENATIVE SETTLEMENT WAS NOT APPROVED
IN ACCORDANCE WITH TENN. CODE ANN. § 20-13-103**

On July 18, 2022, Plaintiffs R.K. and W.S., by and through their parents, and Defendant Bill Lee, Governor of the State of Tennessee, filed a Joint Notice of Settlement (ECF No. 127.) in this cause. The Joint Notice advised the Court that those parties had reached a tentative agreement to settle Plaintiffs' request for attorney's fees and costs and to dismiss Plaintiffs' claims against the Governor. The Joint Notice stated that the tentative agreement was subject to the approval of the parties of mutually agreeable settlement documentation and the approval of the appropriate State of Tennessee constitutional officials in accordance with Tenn. Code Ann. § 20-13-103. The purpose of this Notice is to advise the Court that the settlement was not so approved.

Respectfully submitted,

**JONATHAN SKRMETTI
ATTORNEY GENERAL AND REPORTER**

*s/ James R. Newsom*
James R. Newsom - TN Bar No. 6683
Matthew Dowty - TN Bar No. 32078
Reed Smith - VA Bar No. 77334 (*Admitted PHV*)
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-9593
Jim.Newsom@ag.tn.gov
Matthew.Dowty@ag.tn.gov
Reed.Smith@ag.tn.gov

*Counsel for Defendant Governor Bill Lee*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2022, a copy of the foregoing notice and attached transcript was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Brice M. Timmons
Donati Law Firm PLLC
1545 Union Avenue
Memphis, TN 38104
brice@donatilaw.com
*Counsel for Plaintiffs*

Bryce W. Ashby
Donati Law Firm PLLC
1545 Union Avenue
Memphis, TN 38104
bryce@donatilaw.com
*Counsel for Plaintiffs*

Craig A. Edgington
Donati Law Firm PLLC
1545 Union Avenue
Memphis, TN 38104
craig@donatilaw.com
*Counsel for Plaintiffs*

Jessica F. Salonus
The Salonus Firm, PLC
139 Stonebridge Blvd.
Jackson, TN 38305
jsalonus@salonusfirm.com
*Counsel for Plaintiffs*

Justin S. Gilbert
Gilbert Law, PLC
100 W. Martin Luther King Boulevard, Suite 501
Chattanooga, TN 37402
justin@schoolandworklaw.com
*Counsel for Plaintiffs*

Courtney M. King
Buerger, Moseley & Carson, PLC
306 Public Square
Franklin, TN 37064
cking@buergerlaw.com
*Counsel for Defendant Williamson County Board of Education*

Lisa M. Carson
Buerger, Moseley & Carson, PLC
306 Public Square
Franklin, TN 37064
lcarson@buergerlaw.com
*Counsel for Defendant Williamson County Board of Education*

Charles W. Cagle
Lewis, Thomason, King, Krieg & Waldrop, P.C. (Nashville)
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
ccagle@lewisthomason.com
*Counsel for Defendant Franklin Special School District*

---

                               */s/ James R. Newsom*
                               James R. Newsom, TN Bar No. 6683