IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| R. K. as next friend of J. K. et al. | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:21-cv-00725 |
| | ) | Chief Judge Crenshaw/Frensley |
| WILLIAM LEE, et al | ) | |
|     Defendants | ) | |

**ORDER**

The Court held a case management conference with the Parties on March 17, 2023. By **March 31, 2023,** the Parties shall file a status report with the Court to address matters discussed at the case management conference.

**IT IS SO ORDERED.**

_____
**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**