UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| R.K. et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   No. 3:21-cv-00725 |
| | ) |
| GOVERNOR BILL LEE, in his official capacity as GOVERNOR OF TENNESSEE, et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

The Joint Request to Reopen (Doc. No. 138) is **GRANTED**. Accordingly, the Clerk is directed to reopen this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE