UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| R.K., *et al.*, | ) | |
| | ) | |
|     **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | No. 3:21-cv-00725 |
| | ) | |
| GOVERNOR BILL LEE, in his official | ) | Chief Judge Crenshaw |
| capacity as GOVERNOR OF TENNESSEE, *et al.*, | ) | Magistrate Judge Frensley |
| | ) | |
| | ) | |
|     **Defendants.** | ) | |

## JOINT STATUS REPORT

All parties of record (the "Parties") submit this joint status report to the Court. On September 15, 2023, the Court granted the Joint Request to Reopen. (Doc. No. 138). Prior to administrative closure, the Court dismissed as moot certain pending motions due to a tentative settlement, which was unsuccessful. *See* Doc. No. 128 (dismissing Doc. Nos. 97, 105, 110, 112, 117, 118 as moot); Doc. No. 129 (notice regarding settlement status).

The Parties conferred and agree that issues regarding the validity of Executive Order No. 84 are moot. The only remaining issues are whether Plaintiffs are prevailing parties entitled to attorney's fees and costs, and if so, the reasonable amount of such fees and costs. Therefore, the Parties respectfully request that the Court reopen its consideration of Docket No. 97, Plaintiffs' Motion for Attorney's Fees and Costs. The Parties anticipate that Plaintiffs will file a supplemental motion for fees. Any supplemental motion for fees shall be subject to the briefing schedule set forth in L.R. 7.01.

Agreement of the Parties is indicated by their signature below.

Respectfully submitted,

**JONATHAN SKRMETTI**
**ATTORNEY GENERAL AND REPORTER**

*s/ Reed N. Smith*
James R. Newsom - TN Bar No. 6683
Matthew Dowty - TN Bar No. 32078
Reed N. Smith – TN Bar. No. 40059
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-9593
Jim.Newsom@ag.tn.gov
Matthew.Dowty@ag.tn.gov
Reed.Smith@ag.tn.gov
*Attorneys for Defendant Governor Bill Lee*

**BUERGER, MOSELEY, & CARSON, PLC**

*s/ Lisa M. Carson*
Lisa M. Carson TN BPR No. 14782
Courtney M. King TN BPR No. 35625
4068 Rural Plains Cir., Suite 100
Franklin, TN 37064
(615) 794-8850
lcarson@buergerlaw.com
cking@buergerlaw.com

*Counsel for Defendant*
*Williamson County Board of Education*

**LEWIS THOMASON, P.C.**

*s/Charles W. Cagle*
Charles W. Cagle TN BPR No. 13738
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
(615) 259-1365
CCagle@LewisThomason.com

*Counsel for Defendant*
*Franklin Special School District*

**GILBERT LAW, PLC**

*s/ Justin S. Gilbert*
Justin S. Gilbert TN BPR No. 017079
100 W. Martin Luther King Blvd, Suite 501
Chattanooga, TN 37402
(423) 756-8203
justin@schoolandworklaw.com

*Counsel for Plaintiffs*

**THE SALONUS FIRM, PLC**

*s/ Jessica F. Salonus*
Jessica F. Salonus TN BPR No. 28158
139 Stonebridge Blvd
Jackson, Tennessee 38305
Phone: (731) 300-0970
Facsimile: (731) 256-5711
jsalonus@salonusfirm.com

*Counsel for Plaintiffs*

**DONATI LAW FIRM, PLLC**

*s/ Bryce W. Ashby*
Bryce W. Ashby (TN BPR No. 26179)
Brice M. Timmons (TN BPR No. 29582)
Craig A. Edgington (TN BPR No. 38205)
1545 Union Avenue
Memphis, TN 38104
Phone: (901) 278-1004
bryce@donatilaw.com
brice@donatilaw.com
craig@donatilaw.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

    I hereby certify that on October 13, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the parties and their counsel listed below. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Brice M. Timmons<br>Bryce W. Ashby<br>Craig A. Edgington<br>Donati Law Firm LLP<br>1545 Union Avenue<br>Memphis, TN 38104<br>brice@donatilaw.com<br>bryce@donatilaw.com<br>craig@donatilaw.com<br>*Counsel for Plaintiffs* | Courtney M. King<br>Lisa M. Carson<br>Buerger, Moseley & Carson, PLC<br>4068 Rural Plains Cir., Suite 100<br>Franklin, TN 37064<br>cking@buergerlaw.com<br>lcarson@buergerlaw.com<br>*Counsel for Defendant Williamson County Board of Education* |
| Jessica F. Salonus<br>The Salonus Firm, PLC<br>139 Stonebridge Blvd.<br>Jackson, TN 38305<br>jsalonus@salonusfirm.com<br>*Counsel for Plaintiffs* | Charles W. Cagle<br>Lewis, Thomason, King, Krieg & Waldrop, P.C. (Nashville)<br>424 Church Street, Suite 2500<br>P.O. Box 198615<br>Nashville, TN 37219<br>ccagle@lewisthomason.com<br>*Counsel for Defendant Franklin Special School District* |
| Justin S. Gilbert<br>Gilbert Law, PLC<br>100 W. Martin Luther King Boulevard, Suite 501<br>Chattanooga, TN 37402<br>justin@schoolandworklaw.com<br>*Counsel for Plaintiffs* | |

                                            <u>s/ Reed N. Smith</u>
                                            Reed N. Smith