UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

In the Matter of R.K., et. al
on behalf of those similarly situated,

    Plaintiffs,

v.                                          Case No. 3:21-cv-00725
                                            Judges Crenshaw/Frensley

GOVERNOR BILL LEE, et. al.

    Defendants.

**PLAINTIFFS' MOTION TO REQUIRE THE PRESENCE OF DECISION-MAKERS AT MEDIATION OR, IN THE ALTERNATIVE, TO REQUIRE DECISION-MAKERS TO APPROVE OR REJECT ANY TENTATIVE SETTLEMENT WITHIN TEN (10) DAYS OF THE MEDIATION**

    COME NOW Plaintiff R.K. et al. and file this Motion to Require the Presence of Decision-Makers at Mediation or, in the alternative, to Require Decision-Makers to Approve or Reject Any Tentative Settlement within Ten (10) Days of the Mediation. In support of their motion, Plaintiffs state as follows:

    1.    The Court recently ordered the parties to mediate the outstanding attorneys' fee dispute. (D.E. 142). Plaintiffs are filing this motion to ensure that a decision-maker is present for Defendant Lee at the mediation.

    2.    On July 18, 2022, after weeks of negotiations, Plaintiffs and Defendant Lee, through the Office of the Attorney General, reached a "tentative agreement" to resolve Plaintiffs' request for attorney's fees and costs. (ECF 127). This tentative agreement was subject to the approval of the officials designated in Tenn. Code Ann. § 20-13-103. (Id.).

1

2. In response to the notice of the tentative agreement being filed, the Court entered an Order terminating multiple motions, including Plaintiffs' motion for fees and costs, as moot. (ECF 128). The "approval process" then began.

3. Tenn. Code Ann. § 20-13-103 provides:

> The attorney general and reporter, with the written approval of the governor and the comptroller of the treasury, may compromise and settle, insofar as the state is concerned, any civil litigation to which the state may be a party, upon such terms as in their opinion may seem to be in the best interest of the state, and may enter into such agreements in connection with the compromise and settlement as may be necessary to effectuate the purposes of this section.

4. On September 13, 2022, Defendant informed Plaintiffs that the tentative settlement, with its weeks of negotiation, had *not* been approved by the appropriate State of Tennessee constitutional officials. (ECF 129). No reason was given to the Plaintiffs, just that it was not approved.

5. Per the Court's recent Order, the parties are now in the process of determining a mediator to begin that settlement process again. The attorneys in this matter have worked well together and history demonstrates that they are capable of reaching a "resolution." However, as shown above, legal counsel for Governor Lee does not actually have the authority to settle this matter. Moreover, Tenn. Code Ann. § 20-13-103 does not have a deadline within which the approval process must take place.

6. To prevent a full day of mediation without a decision-maker being present for Defendant Lee, only to learn months later that decision-makers who did not attend the mediation *do not* approve it, Plaintiffs propose that the mediation be attended by persons with actual authority to settle. Plaintiffs would ask that the Court require that the designated constitutional officials under Tenn. Code Ann. § 20-13-103 be available via telephone on the day of the mediation for

2

Case 3:21-cv-00725    Document 144    Filed 10/23/23    Page 2 of 5 PageID #: 3298

purposes of approval or, in the alternative, that the Court require the process prescribed under Tenn. Code Ann. § 20-13-103 take place within ten (10) days of the mediation.

7. Without this relief, Plaintiffs may very well find themselves in the same place they were in this case more than a year ago today: spending considerable time and resources obtaining a proposed settlement only to have the actual decision makers who were not involved in the negotiations invalidate it months later.

## CONCLUSION

To ensure that actual decision-makers are present at the mediation, Plaintiffs ask that the Court either order the officials necessary for approval of any settlement be available on the day of mediation via telephone or that those officials be required to carry out their duties under Tenn. Code Ann. § 20-13-103 within ten (10) days of the mediation.

Respectfully Submitted,

**GILBERT LAW, PLC**

/s Justin S. Gilbert
Justin S. Gilbert (TN Bar No. 017079)
100 W. Martin Luther King Blvd, Suite 501
Chattanooga, TN 37402
Telephone: 423.756.8203
Facsimile: 423.756.2233
justin@schoolandworklaw.com


**THE SALONUS FIRM, PLC**
/s Jessica F. Salonus
JESSICA F. SALONUS (28158)
139 Stonebridge Boulevard
Jackson, Tennessee 38305
Telephone: (731) 300-0970
Facsimile: 731.256.5711
jsalonus@salonusfirm.com

3

DONATI LAW, PLLC
/s/Bryce W. Ashby
Bryce W. Ashby—TN Bar #26179
Brice M. Timmons—TN Bar #29582
Craig A. Edgington—TN Bar #38205
1545 Union Avenue
Memphis, TN 38104
Phone: 901.278.1004
Fax: 901.278.311
bryce@donatilaw.com
brice@donatilaw.com
craig@donatilaw.com

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

    I certify that this Motion to Require the Presence of Decision-Makers at Mediation, or in the Alternative, to Require Decision-Makers to Reject or Approve of the Tentative Settlement Within Ten (10) Days of Mediation was served upon counsel of record at the contact information below for the Defendants, through the Court's ECF filing system on October 23, 2023.

**BUERGER, MOSELEY & CARSON, PLC**
Lisa M. Carson, BPR# 14782
Courtney King, BPR # 35625
*Attorney for Defendant Williamson County*
*Board of Education*
306 Public Square
Franklin, TN 37064
Telephone: (615) 794-8850
Facsimile: (615) 790-8861
Email: lcarson@buergerlaw.com
cking@buergerlaw.com
*ATTORNEYS FOR WILLIAMSON COUNTY BOARD OF EDUCATION*

**GOVERNOR BILL LEE**
James R. Newsom (#6683)
Reed N. Smith (Va. Bar #77334)
Colleen Mallea, BPR # 32238
Matthew Dowty (#32078)
Assistant Attorney General
P.O. Box 20207
Nashville, TN 37202
Telephone: 615-741-2472

4

Colleen.mallea@ag.tn.gov.
Reed.smith@ag.tn.gov
Jim.newsom@ag.tn.gov
Matthew.dowty@ag.tn.gov
*ATTORNEYS FOR GOVERNOR BILL LEE, IN HIS OFFICIAL CAPACITY*

**LEWIS THOMASON, P.C.**
Charles W. Cagle, Esq. (BPR #13738)
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
(615) 259-1365
ccagle@lewisthomason.com
*ATTORNEY FOR FRANKLIN SPECIAL SCHOOL DISTRICT*

/s/ Bryce Ashby

**CERTIFICATE OF CONSULTATION**

I certify that on Friday, October 20, 2023, I conferred with counsel for Defendant Lee, Mr. Reed Smith, who advised the Defendant was not able to agree to the terms of this motion.

/s/ Bryce Ashby