UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| R.K., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:21-cv-00725 |
| ) | |
| GOVERNOR BILL LEE, in his official ) | Chief Judge Crenshaw |
| capacity as GOVERNOR OF TENNESSEE, *et al.*, ) | Magistrate Judge Frensley |
| ) | |
| ) | |
| Defendants. ) | |

## JOINT NOTICE OF MEDIATION

By their signature below, all parties give notice to the Court that they have agreed to mediate this matter before M. Reid Estes Jr. on November 30, 2023. This notice is intended to fulfill the Court's Order requiring the Parties to mediate the fee dispute and to give notice identifying a mediator and date of mediation. (ECF 142).

Respectfully submitted,

JONATHAN SKRMETTI
ATTORNEY GENERAL AND REPORTER

*s/ Reed N. Smith*
James R. Newsom - TN Bar No. 6683
Matthew Dowty - TN Bar No. 32078
Reed N. Smith – TN Bar. No. 40059
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-9593
Jim.Newsom@ag.tn.gov
Matthew.Dowty@ag.tn.gov
Reed.Smith@ag.tn.gov
*Attorneys for Defendant Governor Bill Lee*

1

**BUERGER, MOSELEY, & CARSON, PLC**

*s/ Lisa M. Carson*
Lisa M. Carson TN BPR No. 14782
Courtney M. King TN BPR No. 35625
4068 Rural Plains Cir., Suite 100
Franklin, TN 37064
(615) 794-8850
lcarson@buergerlaw.com
cking@buergerlaw.com

*Counsel for Defendant*
*Williamson County Board of Education*

**LEWIS THOMASON, P.C.**

*s/ Charles W. Cagle*
Charles W. Cagle TN BPR No. 13738
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
(615) 259-1365
CCagle@LewisThomason.com

*Counsel for Defendant*
*Franklin Special School District*

**GILBERT LAW, PLC**

*s/ Justin S. Gilbert*
Justin S. Gilbert TN BPR No. 017079
100 W. Martin Luther King Blvd, Suite 501
Chattanooga, TN 37402
(423) 756-8203
justin@schoolandworklaw.com

*Counsel for Plaintiffs*

2

**THE SALONUS FIRM, PLC**

*s/ Jessica F. Salonus*
Jessica F. Salonus TN BPR No. 28158
139 Stonebridge Blvd
Jackson, Tennessee 38305
Phone: (731) 300-0970
Facsimile: (731) 256-5711
jsalonus@salonusfirm.com

*Counsel for Plaintiffs*

**DONATI LAW FIRM, PLLC**

*s/ Bryce W. Ashby*
Bryce W. Ashby (TN BPR No. 26179)
Brice M. Timmons (TN BPR No. 29582)
Craig A. Edgington (TN BPR No. 38205)
1545 Union Avenue
Memphis, TN 38104
Phone: (901) 278-1004
bryce@donatilaw.com
brice@donatilaw.com
craig@donatilaw.com

*Counsel for Plaintiffs*

3

# CERTIFICATE OF SERVICE

    I hereby certify that on November 9, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the parties and their counsel listed below. Parties may access this filing through the Court's electronic filing system.

Brice M. Timmons
Bryce W. Ashby
Craig A. Edgington
Donati Law Firm LLP
1545 Union Avenue
Memphis, TN 38104
brice@donatilaw.com
bryce@donatilaw.com
craig@donatilaw.com
*Counsel for Plaintiffs*

Jessica F. Salonus
The Salonus Firm, PLC
139 Stonebridge Blvd.
Jackson, TN 38305
jsalonus@salonusfirm.com
*Counsel for Plaintiffs*

Justin S. Gilbert
Gilbert Law, PLC
100 W. Martin Luther King Boulevard, Suite 501
Chattanooga, TN 37402
justin@schoolandworklaw.com
*Counsel for Plaintiffs*

Courtney M. King
Lisa M. Carson
Buerger, Moseley & Carson, PLC
4068 Rural Plains Cir., Suite 100
Franklin, TN 37064
cking@buergerlaw.com
lcarson@buergerlaw.com
*Counsel for Defendant Williamson County Board of Education*

Charles W. Cagle
Lewis, Thomason, King, Krieg & Waldrop, P.C. (Nashville)
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
ccagle@lewisthomason.com
*Counsel for Defendant Franklin Special School District*

                                        *s/ Reed N. Smith*
                                        Reed N. Smith