**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **R.K. et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | )     **No. 3:21-cv-00725** |
| | ) |
| **GOVERNOR BILL LEE, in his official** | ) |
| **capacity as GOVERNOR OF** | ) |
| **TENNESSEE, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## <u>ORDER</u>

This case has settled pending certain approvals (Doc. No. 149).

The Clerk shall administratively close this case to be reopened if any party so requests..

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE