# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| R.K., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:21-cv-00725 |
| ) | |
| GOVERNOR BILL LEE, in his official ) | Chief Judge Crenshaw |
| capacity as GOVERNOR OF TENNESSEE, *et al.*, ) | Magistrate Judge Frensley |
| ) | |
| ) | |
| Defendants. ) | |

## ORDER

By Joint Notice of Settlement and Plaintiffs' Unopposed Motion for Attorney's Fees and Voluntary Dismissal (Doc. No. 151), the Parties advised the Court that requisite approvals have been obtained from the Tennessee Attorney General, the Tennessee Comptroller of the Treasury, and the Governor of Tennessee for the State's portion (*see* Order, Doc. No. 150), and that they have finalized a settlement as to the sole remaining issue in this action, the matter of attorney's fees and costs. Defendant Governor Lee agrees to pay Two Hundred Forty Thousand Dollars ($240,000) in attorney's fees and costs. Defendant Governor Lee shall pay attorney's fees and costs in the following amounts: $92,956.56 to Gilbert Law, PLC; $26,736.00 to Salonus Firm, PLC; and $120,307.44 to Donati Law Firm, PLLC. Additionally, Williamson County Board of Education and Franklin Special School District each agree to pay Two Thousand Five Hundred Dollars ($2,500) in attorney's fees and costs. Each shall pay attorney's fees and costs in the following amounts: $968.30 to Gilbert Law, PLC; $278.50 to Salonus Firm, PLC; and $1,253.20 to Donati Law Firm, PLLC.

1

All matters at issue now being resolved, this cause is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). The Clerk of Court is directed to enter Judgment herein for purposes of Fed. R. Civ. P. 58(a) and/or 79(a).

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the parties and their counsel listed below. Parties may access this filing through the Court's electronic filing system.

Brice M. Timmons
Bryce W. Ashby
Craig A. Edgington
Donati Law Firm LLP
1545 Union Avenue
Memphis, TN 38104
brice@donatilaw.com
bryce@donatilaw.com
craig@donatilaw.com
*Counsel for Plaintiffs*

Jessica F. Salonus
The Salonus Firm, PLC
139 Stonebridge Blvd.
Jackson, TN 38305
jsalonus@salonusfirm.com
*Counsel for Plaintiffs*

Justin S. Gilbert
Gilbert Law, PLC
100 W. Martin Luther King Boulevard, Suite 501
Chattanooga, TN 37402
justin@schoolandworklaw.com
*Counsel for Plaintiffs*

Courtney M. King
Lisa M. Carson
Buerger, Moseley & Carson, PLC
4068 Rural Plains Cir., Suite 100
Franklin, TN 37064
cking@buergerlaw.com
lcarson@buergerlaw.com
*Counsel for Defendant Williamson County Board of Education*

Charles W. Cagle
Lewis, Thomason, King, Krieg & Waldrop, P.C. (Nashville)
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
ccagle@lewisthomason.com
*Counsel for Defendant Franklin Special School District*

*s/ James R. Newsom III*
James R. Newsom III